Debtor's Name: __MOHAMMAD A. RAHMAN__

## Request for 30-Day Temporary Waiver of the Credit Counseling Requirement

*To ask for a 30-day temporary waiver of the credit counseling requirement, you must explain what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.*

WORK n' TAKING CARE OF THE YOUNG FAMILY AS I HAVE 3 YEARS OLD DAUGHTER

Date: __11/24/2025__

__Mohammed A. Rahman__
Debtor's Signature

RECEIVED 2025 NOV 24 A 11:03 CLERK U.S. BANKRUPTCY EASTERN DISTRICT OF NEW YORK