UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                                  Chapter  13

            Mohammad Atiar Rahman                    Case No. 25-74538-las

Debtor(s).
-------------------------------------------------------------x

## ORDER APPROVING THIRTY-DAY EXEMPTION

Upon the debtor's request, under 11 U.S.C. § 109(h)(3), for a thirty-day exemption from the requirement that, during the 180 day period preceding the date of the filing of a petition, a debtor must receive an individual or group briefing from an approved nonprofit budget and credit counseling agency, as described more fully in 11 U.S.C. § 109(h)(1), it is hereby

**ORDERED**, that the debtor's request is granted; and it is further

**ORDERED**, that the debtor shall file a credit counseling certificate and a copy of any debt repayment plan, if such plan is created as part of credit counseling, as required under 11 U.S.C. § 521(b), on or before ___December 24, 2025___ (30 days from the filing of the petition); and it is further

**ORDERED**, that if the debtor fails to file the credit counseling certificate, or a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further fifteen-day exemption, on or before ___December 24, 2025___, this bankruptcy case may be dismissed without further notice or hearing.



**Dated: November 24, 2025**
**Central Islip, New York**

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**