UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

                                                              Case No 25-74538

Mohammad Atiar Rahman,

                                                              Chapter 13

    Debtor.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Suzanne Youssef, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: December 1, 2025
Westbury, NY

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Attorney for Secured Creditor
                                          900 Merchants Concourse, Suite 310
                                          Westbury, NY 11590
                                          Phone: (516) 280-7675
                                          Fax:    (516) 280-7674

                                            By: /s/ Suzanne Youssef
                                            Suzanne Youssef, Esquire

23-159681 - SuY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In Re:

Mohammad Atiar Rahman,

    Debtor.
------------------------------------------------------------------x

Case No 25-74538

Chapter 13

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2025, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

MOHAMMAD ATIAR RAHMAN
46 W. HENRIETTA AVE
OCEANSIDE, NY  11572

MICHAEL J. MACCO
MICHAEL J. MACCO TRUSTEE, 2950 EXPRESS DR S, STE 109
ISLANDIA, NY  11749

UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE, 560 FEDERAL PLAZA - ROOM 560
CENTRAL ISLIP, NY  11722

Dated: December 1, 2025
Westbury, NY

23-159681 - SuY

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire

23-159681 - SuY