Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Mohammad Atiar Rahman** | |
| | First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–0868 |
| | | EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN:  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of New York | | Date case filed for chapter:      13    11/24/25 |
| Case number:   **8–25–74538–las** | | |

# ORDER DISMISSING CASE PURSUANT TO U.S.C. § 521 (i)(1)

Whereas, pursuant to 11 U.S.C. § 521 (i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all the information required under § 521 (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition;

Whereas, a Final Notice of Section 521 Deficiencies was sent, notifying the debtor(s) that one or more deficiencies under § 521(a)(1) of the Bankruptcy Code remain outstanding;

Whereas, the debtor(s) failed to file all information required under § 521 (a)(1) within 45 days after the date of the filing of the petition;

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT:**

The Debtor(s) case is dismissed for failure to comply with Bankruptcy Code 11 U.S.C. § 521(i)(1).

Dated: January 12, 2026

**BY THE COURT**

s/ Louis A. Scarcella
United States Bankruptcy Judge

**BLo521d.jsp** [Order Dismissing Case Pursuant to U.S.C. 521 (i)(1) rev. 09/10/25]